HENRY ET AL. v. CITY OF ROCK HILL.

No. 97.  Decided October 14, 1963.

*Jack Greenberg, Constance Baker Motley, Matthew J. Perry, Lincoln C. Jenkins, Jr., Donald James Sampson* and *Willie T. Smith, Jr.* for petitioners.

*Daniel R. McLeod,* Attorney General of South Carolina, and *Everett N. Brandon,* Assistant Attorney General, for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment is vacated and the case is remanded to the Supreme Court of South Carolina for further consideration in light of *Edwards* v. *South Carolina,* 372 U. S. 229.

RAPOPORT v. OHIO.

No. 212.  Decided October 14, 1963.

*Bernard R. Hollander* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.